1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   DAVID RIZK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
   Facsimile:    (415) 436-7706
6  Email:        david_rizk@fd.org

7

8  Counsel for Defendant HEMMENWAY

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            **Case No.:** 22-292 JD

15            Plaintiff,                 **STIPULATION AND ORDER TO**
                                         **CONTINUE STATUS**
16       v.                              **CONFERENCE AND EXCLUDE**
                                         **TIME**
17  THOMAS WILLIS HEMMENWAY,

18            Defendant.

19

20

21       The above captioned matter is set for a status conference on November 14, 2022. The

22  government has produced discovery and extended a plea agreement offer to the defendant.

23  Defense counsel is conducting a view of the digital evidence at the government's offices today,

24  November 10, 2022. The defense needs additional time to investigate the case and determine

25  how to proceed. For that reason, the parties agree that the status conference may be continued

26  to January 9, 2023 at 10:30 a.m., or such other time as the Court elects.

27       The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18

28  U.S.C. 3161(h)(7)(B)(iv) to provide reasonable time necessary for effective preparation, taking

[PROPOSED] STIPULATED ORDER
*HEMMENWAY*, CR 22-292 JD

1   into account the exercise of due diligence, between November 14, 2022 and January 9, 2023.

2   The parties further stipulate that the ends of justice served by excluding the period from

3   November 14, 2022 and January 9, 2023, outweigh the best interest of the public and the

4   defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

5

6          IT IS SO STIPULATED.

7                  November 10, 2022              STEPHANIE M. HINDS
8                  Dated                          United States Attorney
                                                  Northern District of California
9

10                                                        /S
                                                  ALETHEA SARGENT
11                                                Assistant United States Attorney

12

13                 November 10, 2022              JODI LINKER
14                 Dated                          Federal Public Defender
                                                  Northern District of California
15
                                                          /S
16                                                DAVID RIZK
                                                  Assistant Federal Public Defender
17

18

19

20         IT IS SO ORDERED.

21                 November 10, 2022
22                 Dated                          JAMES DONATO
                                                  United States District Judge
23

24

25

26

27

28