JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          david_rizk@fd.org

Counsel for Defendant HEMMENWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS WILLIS HEMMENWAY,<br><br>Defendant. | Case No.: 22-292 JD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

     The above captioned matter is set for a status conference on January 9, 2023. The government has made additional productions since the parties last apprised the Court of the status of this matter and defense counsel needs additional time for investigation and intends to retain a digital forensics expert to review the evidence. To allow time for the expert to complete their work, the parties agree that the status conference be continued to February 27, 2023 at 10:30 a.m.

     The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv) to provide reasonable time necessary for effective preparation, taking

into account the exercise of due diligence, between January 9, 2023 and February 27, 2023. The parties further stipulate that the ends of justice served by excluding the period from January 9, 2023 and February 27, 2023, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

| January 5, 2023 | STEPHANIE M. HINDS |
| Dated | United States Attorney |
| | Northern District of California |

/S
ALETHEA SARGENT
Assistant United States Attorney

| January 5, 2023 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DAVID RIZK
Assistant Federal Public Defender

IT IS SO ORDERED.

\_\_\_1/6/2023\_\_\_
Dated

JAMES DONATO
United States District Judge

[PROPOSED] STIPULATED ORDER
*HEMMENWAY*, CR 22-292 JD