1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6475
7      FAX: (415) 436-7234
       WENDY.GARBERS@USDOJ.GOV
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,          ) No. 22-cr-00292-JD
                                        )
14 |     Plaintiff,                     ) NOTICE OF DISMISSAL
                                        )
15 |   v.                               )
                                        )
16 | THOMAS HEMMENWAY,                  )
                                        )
17 |     Defendant.                     )
                                        )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against THOMAS

21 HEMMENWAY

22

23 DATED: October 10, 2023                      Respectfully submitted,

24                                              ISMAIL J. RAMSEY
                                                United States Attorney
25

26                                              *Thomas A. Colthurst*
                                                _____
                                                THOMAS A. COLTHURST
27                                              Chief, Criminal Division

28

NOTICE OF DISMISSAL
No. 22-cr-00292-JD_____                                                              V. 8/4/2021

1    Leave is granted to the government to dismiss the indictment against THOMAS
2    HEMMENWAY.
3
4
5    Date: __10/16/2023__
6                                                                     _____
                                                                      HON. JAMES DONATO
                                                                      United States District Judge